# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131298

P.T. TODAY, INC., BRAD PUTVIN, GORDON
ALLEN, MICHAEL BEAUVAIS, ELAINE
COOPER, WILLIAM ROTH, LANA BAUM,
TIMOTHY BONDY, DAVID GILBOE, DIANA
INCH, SANDRA JENKINS, RICHARD FEBY,
MARY ANN KOENIG, JEFFREY GREEN, OSA
JACKSON-WYATT, RICHARD KOHLER,
JEROME MALONE, SHEILA ISLES, PARUL
SHAH, and MARTIN KATENBERG,
           Plaintiffs-Appellants,
and

BARBARA JOHNSON, ROBERT BAKER,
KAREN LEHMAN BORIN, MARGARET
KAMENEC, TERENCE HEATON, TERESA
HERRLINGER, RICHARD MILDER, JIM
SIMPSON, JANET WISENIEWSKI,
TIMOTHY STEGEMAN, MARK BEISSEL,
BARBARA HERZOG, and JOHN CZARNECKI,
           Plaintiffs,
v

COMMISSIONER OF THE OFFICE OF
FINANCIAL AND INSURANCE SERVICES
and BLUE CROSS BLUE SHIELD OF
MICHIGAN,
           Defendants-Appellees,
and

ATTORNEY GENERAL,
           Intervening Appellee.
_____/

SC: 131298
COA: 259964
Ingham CC: 01-093039-AZ

      On order of the Court, the application for leave to appeal the February 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2006

Clerk

t0918